FILED

FEB -6 2012

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES *ex rel.* DANIEL LOUIS SHAPIRO,<br><br>Plaintiff(s),<br><br>v.<br><br>CHRISTOPHER J. BALL,<br><br>Defendant(s). | No. C-11-03261 (DMR)<br><br>**ORDER** |

The United States having notified the Court pursuant to 31 U.S.C. § 3730(b)(4)(B) that it declines to intervene in this action, and for good cause shown, IT IS HEREBY ORDERED as follows:

1. All sealed contents of the Court's file in this action shall remain under seal and not be made public or served upon the defendants, except for the Complaint, this Order, the consent forms, and the accompanying United States' Notice of Election to Decline Intervention, which are hereby unsealed.

2. Unless the relator voluntarily dismisses this action pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, he shall serve the Complaint, this Order, the consent forms, and the accompanying Notice of Election to Decline Intervention upon the defendants.

3. The seal is lifted as to all matters occurring in this action after the date of this Order.

4. The parties shall serve all pleadings and motions filed in this action, including supporting memoranda, upon the United States as provided for in 31 U.S.C. § 3730(c)(3). The United States may order any deposition transcripts and is entitled to intervene in this action, for good cause, at any time.

5. All Orders of this Court shall be sent to the United States.

6. Should the relator or the defendants propose that this action be dismissed, settled, or otherwise discontinued, the moving party will provide the United States with notice. The United States shall be provided with an opportunity to be heard before the Court makes its ruling.

IT IS SO ORDERED.

Dated: February 6, 2012

DONNA M. RYU
United States Magistrate Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| U.S.A. ex rel. DANIEL LOUIS SHAPIRO,<br><br>    Plaintiff,<br><br>v.<br><br>CHRISTOPHER J. BALL,<br><br>    Defendant.<br>_____/ | **UNDER SEAL**<br>Case Number: C-11-3261-DMR<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on February 6, 2012, I SERVED a true and correct copy of the Order Re: U.S.'s Notice of Election to Decline Intervention, by placing said copy in a postage paid envelope addressed to the person hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy into an inter-office delivery receptacle located in the Clerk's office.

Douglas K. Chang
Assistant U.S. Attorneys
450 Golden Gate Avenue, Box 36055
San Francisco, CA 94102

Joyce R. Branda
Andrew J. Mao
Jennifer A. Stalzer
Attorneys, Civil Division
Patrick Henry building, Room 9607
601 D Street, NW
Washington, D.C. 20004

Dated: February 6, 2012

                                        Richard W. Wieking, Clerk

                                        By: Ivy Garcia, Deputy Clerk